UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA LIPSCOMB,

               Plaintiff,                     Case No. 2:25-cv-10588

v.                                     Honorable Susan K. DeClercq
                                        United States District Judge

AMAZON FULLFILMENT
CENTER,                               Honorable Elizabeth A. Stafford
                                          United States Magistrate Judge

               Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 12), AND DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO SERVE PROCESS

On November 4, 2025, Magistrate Judge Elizabeth Stafford, issued a report, ECF No. 12, recommending that this Court dismiss Plaintiff Felicia Lipscomb's complaint for failure to serve process. Judge Stafford provided 14 days to object, ECF No. 12 at PageID.66, but Lipscomb did not do so. She has therefore forfeited her right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation and the parties' filings, this Court agrees with Judge Stafford's recommendation and finds no clear error. So the report will be adopted in full.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No.

12, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is therefore

**DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.


                                            */s/Susan K. DeClercq*
                                            SUSAN K. DeCLERCQ
                                            United States District Judge

Dated:  December 1, 2025